# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**THOMAS S. LARSON**
SUPERVISING PROBATION OFFICER

April 29, 2008

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092
www.njp.uscourts.gov

The Honorable John C. Lifland
Senior United States District Judge
U.S. District Court
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07102

Re: MCNEIL, Juanita
Dkt. No.#: Cr.04-189-001
**Term of Probation Expiring**
**Outstanding Restitution**

Dear Judge Lifland:

On September 30, 2005, the above captioned defendant was sentenced for Fraud and False Statements (preparation of fraudulent tax returns). Ms. McNeil was sentenced to 14 months imprisonment to be followed by a supervised release term of one year with the special conditions of financial disclosure, urinalysis, IRS cooperation, mental health evaluation/treatment, DNA testing, $100 special assessment, and $17,339 restitution.

The purpose of this letter is to inform Your Honor that the offender's term of supervised release is due to expire on June 3, 2008. However, the offender maintains a restitution balance of $16,939, which will not be paid before the expiration of her supervision term. The offender has made payments towards her financial obligations and has been in compliance with her supervision conditions.

Unless Your Honor orders otherwise, this officer recommends the offender's supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgement, pursuant to Title 18 U.S.C. § 3664(o). By copy of this letter, the Financial Litigation Unit of the United States Attorneys Office for the District of New Jersey is notified of the expiration of Ms. McNeil's term of supervision. We will make ourselves available should the Court wish to discuss this matter. Should Your Honor request an alternative course of action, please advise.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Dana Hafner
U.S. Probation Officer

*[Handwritten note: "The supervision term may expire" signed JCL USDJ 15 May 08]*

KM
DH